IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA ROSEBERRY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 14-2814 |

## ORDER

**AND NOW**, this 3rd day of March, 2016, upon consideration of the Motion for Summary Judgment by Defendants the City of Philadelphia, Lieutenant James Smith, Sergeant Colleen Cook, Sergeant Ron Washington, Sergeant Tyrell McCoy, Sergeant Aaron Green, Corporal Tanya Henry-Jackson, Lieutenant Tanya Covington, Lieutenant Joseph McBride, Corporal Shannon Brambrinck, Sergeant Curtis Miller, and Captain David Bellamy (collectively, "Defendants") (Docket No. 29), Plaintiff Jessica Roseberry's Response (Docket No. 33), and Defendants' Reply Brief (Docket No. 35), it is hereby **ORDERED** that the Motion is **GRANTED**.

**JUDGMENT IS ENTERED** in favor of all Defendants and against Plaintiff on the entirety of the Second Amended Complaint.

This case is now **CLOSED**.

BY THE COURT:

/s/John R. Padova
_____
John R. Padova, J.